IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESLEY DANIEL VINEY,

Plaintiff,

v.                                                                          Civil Action No.: CCB-22-44

LT. WILLIAM GRIESE,

Defendant

**REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE**

Defendant William Griese, by and through his attorney T. Lee Beeman, Jr., County Attorney for Allegany County, Maryland, moves, pursuant to Fed.R.Civ.P. 6(b)(1)(A) and Standing Order 2012-01 (D.Md. 2012), for an extension of time to and including July 9, 2022, to file a response to the complaint filed in the above-captioned case, and in support thereof, states the following:

1. Undersigned counsel accepts service of process on behalf of Defendant.

2. Defendant's response was due to be filed on Friday, May 6, 2022.

3. Although certain information and materials relating to the complaint herein have now been received by undersigned counsel, it is necessary to obtain additional documents including declarations, so that Defendants can prepare and file an appropriately detailed response.

4. An additional sixty (60) day period to and including July 5, 2022, within which to respond to the Complaint should be sufficient to prepare Defendant's initial pleadings.

5. This Motion is not made for purposes of delay.

WHEREFORE, it is respectfully requested that this Court grant leave for Defendant to file a response in the instant case on or before July 5, 2022.

Respectfully submitted,

OFFICE OF THE COUNTY ATTORNEY
FOR ALLEGANY COUNTY, MARYLAND


_____/ s /_____
T. Lee Beeman, Jr., Bar Number: 19613
701 Kelly Road, 4th Floor
Cumberland, Maryland 21502
Tel: (301) 777-5823
Fax: (301) 724-6970
Email: lbeeman@blpblaw.com
*Counsel for Defendant*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May, 2022, a copy of the foregoing Motion for Extension of Time to File Response was mailed, postage prepaid, to:

Wesley D. Viney,
DOC #485438
MCTC
18800 Roxbury Road
Hagerstown, MD 21746


_____/ s /_____
T. Lee Beeman, Jr., Bar Number: 19613