IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WESLEY DANIEL VINEY,

Plaintiff,

v.                                                          Civil Action No.: CCB-22-44

LT. WILLIAM GRIESE,

Defendant

**ORDER**

THIS MATTER came before the Court on Defendant William Griese's Motion for Extension of Time to File Response. ECF No. ____. The motion is hereby granted.

Accordingly, it is this ____ day of May, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion for Extension of Time (ECF No. ____) is GRANTED to and including July 5, 2022; and

2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff and to counsel for Defendant.

_____
Julie Rebecca Rubin
United States District Judge